No. 70–189. CALLAHAN ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 70–190. POPPENHEIMER ET AL. *v.* CITY OF MEMPHIS ET AL. Sup. Ct. Tenn. Certiorari denied.

No. 70–191. SANDELL *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 70–192. SACRAMENTO COCA-COLA BOTTLING CO., INC. *v.* CHAUFFEURS, TEAMSTERS & HELPERS, LOCAL 150, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 70–195. XYDAS *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 70–196. UMPQUA RIVER NAVIGATION CO. *v.* OREGON ET AL. Sup. Ct. Ore. Certiorari denied.

No. 70–198. DOWELL ET AL. *v.* ACHESON ET AL. Ct. App. N. Y. Certiorari denied.

No. 70–200. UNION CARBIDE CORP. *v.* NATIONAL LABOR RELATIONS BOARD; and
No. 71–76. NATIONAL LABOR RELATIONS BOARD *v.* UNION CARBIDE CORP. C. A. 4th Cir. Certiorari denied. Reported below: 440 F. 2d 54.

No. 70–203. WESTERN FIDELITY CORP. ET AL. *v.* INSURANCE COMPANY OF NORTH AMERICA. C. A. 10th Cir. Certiorari denied.